**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

NIGEL TERRELL POLAND                                                                                PLAINTIFF
ADC #108769

V.                                           NO: 4:08CV00016 JMM/HDY

SALINE COUNTY
SHERIFF'S DEPARTMENT *et al.*                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against the Saline County Sheriff's Department and Saline County Jail are DISMISSED WITH PREJUDICE, and the County's and Jail's names are removed as party Defendants.

DATED this 25th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE