**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

NIGEL TERRELL POLAND                                                                      PLAINTIFF
ADC #108769

V.                                      NO: 4:08CV00016 JMM

SALINE COUNTY
SHERIFF'S DEPARTMENT *et al.*                                                      DEFENDANTS

**<u>ORDER</u>**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge H. David Young.  No objections have been filed.  After careful

consideration, the Court concludes that the Proposed Findings and Recommended Disposition should

be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Defendants' motion for summary judgment (docket entry #31) is GRANTED, and

Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2.      The Court certifies that an *in forma pauperis* appeal taken from the order and

judgment dismissing this action is considered frivolous and not in good faith.

DATED this 3rd day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE