## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

NIGEL TERRELL POLAND                                                                                    PLAINTIFF
ADC #108769

V.                                         NO: 4:08CV00016 JMM

SALINE COUNTY
SHERIFF'S DEPARTMENT *et al.*                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 3rd day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE